UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C23-0808 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

　　Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 15, 2023, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including November 29, 2023, to file the optional Reply Brief.

DATED this 29th day of September, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING
ORDER - 1